**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** <br><br> **Defendants.** | Civil Action No. 1:18-cv-01287-LO-IDD |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. hereby dismisses this action without prejudice against the following Defendant:

| No. | Seller ID/Defendant Store | Defendant Email |
|---|---|---|
| 8 | LEGOtoys Store | 3278087186@qq.com |

2

| | |
|---|---|
| Date: December 19, 2018 | /s/ Monica Riva Talley |

                                                Monica Riva Talley (VSB No. 41840)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiffs*