# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> THE UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED IN SCHEDULE A, ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:18-cv-1287 |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Ivan D. Davis, dated March 20, 2019 (Dkt. 63), on Plaintiff's Motion for Entry of Default Judgment (Dkt. 55). Defendants did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Memorandum in Support of the Motion for Entry of Default Judgment (Dkt. 56), and the supporting documents, and finds good cause to **ADOPT** the findings and recommendations of Judge Davis.

Accordingly, for the reasons cited by Judge Davis and for good cause shown, Plaintiff's Motion for Default Judgment (Dkt. 55) is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiff Juul Labs, Inc. and against each of the Defendants identified in Appendix A, in the amount of $4,000,000 per defendant. It is further **ORDERED** that:

(1) Defendants are permanently enjoined from making, using, selling, or offering for sale unauthorized products containing the Juul Labs Trademarks;

(2) PayPal, Inc. shall release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order;

(3) AliPay, US, Inc. and/or Ant Financial Services Group shall release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of this Order; and

(4) Until Plaintiff has recovered full payments of the monies owed to it by any Defendants, Plaintiff shall have ongoing authority to serve this Order on PayPal or AliPay in the event that any new PayPal or AliPay accounts controlled or operated by Defendants are identified. Upon receipt of the Order, PayPal and AliPay shall within two (2) business days (a) locate all accounts and funds connected to Defendants or Defendants' internet stores, and (b) restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets; and within ten (10) business days (c) release all monies restrained in Defendants' PayPal and AliPay accounts to Plaintiff as partial payment of the above-identified damages.

The Clerk shall provide a copy of this Order and the Judgment to all counsel of record, and Plaintiff shall be responsible for emailing this Order and the Judgment to each of the Defendants.

It is **SO ORDERED**.

April 5, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

## Appendix A

| No. | Seller ID/ Defendant Store Name | Email address |
|---|---|---|
| 1 | mxqtech | yeechendapp@gmail.com |
| 2 | ringkingdom | zhishaofeng1990@126.com |
| 3 | topyepstore2016 | topyepstore@hotmail.com |
| 4 | topyunshop18 | topyunshop18@hotmail.com |
| 5 | yucux-0 | ping34tuping@hotmail.com |
| 6 | Ecigarette Store | 2132265086@qq.com |
| 7 | Funny Smart Devices Store | joatis@sina.com |